DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN WECHSLER,**
Appellant,

v.

**WYCLIFFE GOLF & COUNTRY CLUB HOMEOWNERS'
ASSOCIATION, INC.,** and **THE VILLAGE OF WELLINGTON,**
Appellees.

No. 4D22-2099

[May 18, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2021-CA-004289-XXXX-MB.

Barry S. Mittelberg and Lizzie M. Ramos of Barry S. Mittelberg, P.A., Coral Springs, for appellant.

Scott D. Alexander of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee The Village of Wellington.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***